## No. 914.

### CRESCENT MUTUAL INSURANCE CO. VS. ISAAC B. PAYNE ET AL.

Corporations must sue and be sued in their corporate name. The mention. of the President's name is surplusage.

In a suit to annul a conveyance of land for fraud and simulation, inquiry will be made into the pecuniary condition of the pretended purchaser, and the social and business relations of the seller and buyer, all of which will have weight in determining whether the sale was real or simulated.

APPEAL from the District Court for Morehouse.    BUSSY, J. *ad hoc.*

*Newton & Hall* for Plaintiff Appellant.    *Todd & Brigham* for Defendants.

MARR, J., delivered the opinion reversing the judgment.